## VINCENT BRZOZOWSKI *v.* JOHN SILEO
## (4507)

DUPONT, C. J., HULL and SPALLONE, Js.

Submitted on briefs April 27—decision released April 28, 1987

*Richard H. G. Cunningham* filed a brief for the appellant (defendant).

*Dennis M. Laccavole* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.